POTTS–TURNBULL ADVERTISING CO., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.
No. 9066.

Circuit Court of Appeals, Eighth Circuit.
Nov. 22, 1930.

Charles D. Hamel, of Washington, D. C., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Petition to review decision of Board of Tax Appeals docketed and dismissed on motion of respondent and consent of petitioner.

Henry T. PRUDHOMME, Appellant, v. UNITED STATES of America.
No. 8898.

Circuit Court of Appeals, Eighth Circuit.
Oct. 14, 1930.

J. M. Johnson and Donald W. Johnson, both of Kansas City, Mo., and Frank J. Looney, of Shreveport, La., for appellant.

William L. Vandeventer, U. S. Atty., and Chet A. Keyes, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM.

Appeal dismissed on motion of appellee, without costs to either party in this court.

L. O. SHANNON v. SHAFFER OIL COMPANY et al.
No. 292.

Circuit Court of Appeals, Tenth Circuit.
Oct. 21, 1930.

J. M. Springer, of Tulsa, Okl., for appellant.

Rainey, Flynn, Green & Anderson, of Oklahoma City, Okl., for appellees.

Before PHILLIPS and McDERMOTT, Circuit Judges, and POLLOCK, District Judge.

PER CURIAM.

Appeal dismissed October 21, 1930, for failure to prosecute.

D. Lloyd SKELLEY v. UNITED STATES.
No. 372.

Circuit Court of Appeals, Tenth Circuit.
Oct. 13, 1930.

See, also, 37 F.(2d) 503.

Morris & Tant, of Oklahoma City, Okl., for appellant.

Roy St. Lewis, U. S. Atty., of Oklahoma City, Okl.

Before LEWIS and PHILLIPS, Circuit Judges, and POLLOCK, District Judge.

PER CURIAM.

Appeal dismissed October 13, 1930, on motion of appellee.